# IN RE: YOLANDE L.

[No. 90, September Term, 1981.]

*Decided August 3, 1982.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*Maureen O'Ferrall Gardner, Assistant Attorney General,* with whom was *Stephen H. Sachs, Attorney General,* on the brief, for appellant.

*George E. Burns, Jr., Assistant Public Defender,* with whom were *Alan H. Murrell, Public Defender,* and *Victoria S. Keating, Assistant Public Defender,* on the brief, for appellee.

## O R D E R

The petition for writ of certiorari having been granted and heard, it is this 3rd day of August, 1982

ORDERED, by the Court of Appeals of Maryland, that in view of the enactment of Chapter 478 of the Laws of 1982, the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.